[Nos. 8620–4–II; 8621–2–II.   Division Three.   June 4, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT
LEE HUNSAKER, *Defendant,* MICHAEL JOHN
STEPHENS, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for
Pierce County, No. 84–1–01139–6, Thomas A. Swayze, Jr.,
J., entered March 19, 1985. *Affirmed* by unpublished opin-

ion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.